UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALVIN & APRIA SMITH, ANREA WILLIAMS, JONATHAN SHEPHERD AND THOMAS RUCKER | * * * * | CIVIL ACTION: 3:10-CV-00586 |
| VERSUS | * * * | JUDGE: JACKSON |
| STATE FARM FIRE AND CASUALTY COMPANY | * * | MAG: RIEDLINGER |

************************************************************************

## RULE 21 MOTION TO SEVER AND PROCEED SEPARATELY

**NOW INTO COURT**, through undersigned counsel, comes Defendant, State Farm & Casualty Company (hereinafter referred to as "State Farm"), who moves the Court for an Order pursuant to FRCP 21 severing the claims joined by plaintiffs in the above captioned matter into four individual suits separated by property, with each suit to thereafter proceed separately. The four properties include:

1.) Alvin and Apria Smith- 4773 Dickens Drive, Baton Rouge, LA 70812;
2.) Anrea Williams - 5506 Trenton Avenue, Baton Rouge, LA 70808;
3.) Jonathan Shepherd - 3832 Spedale Street, Baton Rouge, LA 70805; and
4.) Thomas Rucker - 7714 Lansing Drive, Baton Rouge, LA 70812.

As will be explained more completely in the attached memorandum in support, plaintiffs' joinder is improper under Federal Rule of Civil Procedure 20. Rule 20 allows for such joinder only when and if, *inter alia*, the suits to be joined arise out of the same transaction or occurrence.

In the instant matter they do not. The nexus of common facts that correlates the suits are tenuous at best and do not rise to the level required to characterize the claims as arising out of the

same transaction or occurrence. The only commonality between the causes of action is plaintiffs allegedly were in East Baton Rouge Parish and sustained damage in Hurricane Gustav. Courts of the Eastern District of Louisiana (as well as Federal Fifth Circuit district courts in Mississippi) have time and again properly determined that the joinder of suits based on such threadbare ties of commonality constitutes "egregious misjoinder" requiring severance.

The instant matter is squarely on point with the aforementioned well developed line of jurisprudence, which holds such joinders do not satisfy the requirements of Federal Rule of Civil Procedure 20. State Farm respectfully suggests its motion should be granted and severance ordered.

Respectfully submitted,

S/JAMES ERIC JOHNSON
CHARLES L. CHASSAIGNAC, IV (#20746)
JAMES ERIC JOHNSON (#23800)
ELEANOR W. WALL (#29695)
BRYAN J. HAYDEL, JR. (#27500)
PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
(225) 383-8900 Telephone
(225) 383-7900 Facsimile
*Attorneys for State Farm Fire & Casualty Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

S/JAMES ERIC JOHNSON
JAMES ERIC JOHNSON (#23800)