UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALVIN & APRIA SMITH, ANREA WILLIAMS, JONATHAN SHEPHERD AND THOMAS RUCKER | * * * * | CIVIL ACTION: 3:10-CV-00586 |
| | * | JUDGE: JACKSON |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY | * * | MAG: RIEDLINGER |

*******************************************************************

## ORDER

Considering the foregoing Rule 21 Motion to Sever and Proceed Separately and Memorandum in Support;

**IT IS HEREBY ORDERED** that the claims in the captioned proceedings be and same are hereby severed into four separate lawsuits.

---

**HONORABLE BRIAN A. JACKSON, MIDDLE DISTRICT**
**UNITED STATES DISTRICT COURT JUDGE**