UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALVIN & APRIA SMITH, ANREA WILLIAMS, JONATHAN SHEPHERD AND THOMAS RUCKER | * * * * | CIVIL ACTION: 3:10-CV-00586 |
| VERSUS | * * * | JUDGE: JACKSON |
| STATE FARM FIRE AND CASUALTY COMPANY | * * | MAG: RIEDLINGER |

*********************************************************************

## NOTICE OF HEARING

**TO:** **Alvin and Apria Smith, Anrea Williams, Jonathan Shepherd and Thomas Rucker Through their attorneys of record**
Robert J. Diliberto, Esq. and Damon A. Kirin, Esq.
DILIBERTO & KIRIN, LLC
3636 S. I-10 Service Road West, Suite 210
Metairie, Louisiana 70001

**PLEASE TAKE NOTICE** that the hearing on Defendant's Motion to Sever will be heard on the _____ day of_____ at ___ : **o'clock** ___.m at the United States District Court for the Middle District of Louisiana at 777 Florida Street, Suite 375, Baton Rouge, Louisiana 70801 before the Honorable Brian A. Jackson, United States District Court, Middle District Judge.

Respectfully submitted:

S/JAMES ERIC JOHNSON
CHARLES L. CHASSAIGNAC, IV (#20746)
JAMES ERIC JOHNSON (#23800)
ELEANOR W. WALL (#29695)
BRYAN J. HAYDEL, JR. (#27500)
PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
Telephone (225) 383-8900
Facsimile (225) 383-7900
Email: ejohnson@phjlaw.com
*Attorneys for State Farm Fire and Casualty Company*