UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALVIN SMITH, ET AL

VERSUS

STATE FARM FIRE AND CASUALTY
INSURANCE COMPANY

CIVIL ACTION

NO. 10-586-BAJ-SCR

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated October 27, 2010. Plaintiff has filed an objection which merely restates legal argument and does not require de novo findings under 28 U.S.C. §636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's motion to remand (doc. 6) is **DENIED**.

Baton Rouge, Louisiana, December ___1___, 2010.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA